No. 10–1072. ATP OIL & GAS CORP. *v.* DEPARTMENT OF THE INTERIOR ET AL. C. A. 5th Cir. Certiorari denied. 

No. 10–1077. SCHULTZ ET UX. *v.* UNIVERSITY OF CINCINNATI COLLEGE OF MEDICINE ET AL. Ct. App. Ohio, Morgan County. Certiorari denied. 

No. 10–1079. PHELPS *v.* ORANGE COUNTY ASSESSMENT APPEALS BOARD NO. 1 ET AL. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied. 

No. 10–1085. KEPAS *v.* eBAY INC. C. A. 10th Cir. Certiorari denied. 

No. 10–1108. TSENG *v.* FLORIDA A&M UNIVERSITY ET AL. C. A. 11th Cir. Certiorari denied. 

No. 10–1111. FUSI *v.* O'BRIEN, SUPERINTENDENT, OLD COLONY CORRECTIONAL CENTER. C. A. 1st Cir. Certiorari denied. 

No. 10–1128. ANDROME LEATHER CORP. *v.* CITY OF GLOVERSVILLE, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied. 

No. 10–1138. JOSEPH *v.* STATE BAR OF CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–1146. DENK *v.* SHULMAN ET AL. C. A. 7th Cir. Certiorari denied. 

No. 10–1164. HEATH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 10–1165. HANNA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 10–1167. BAZUAYE, AKA DUZUAYE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 10–1172. CELLCO PARTNERSHIP, DBA VERIZON WIRELESS, ET AL. *v.* MORRIS ET AL. C. A. 7th Cir. Certiorari denied.